

**CITY OF MEDFORD**
**219 S IVY ST**
**MEDFORD, OR   97501**



Medford Police Department

PHONE:   (541) 774-2200
Web Page: police@ci.medford.or.us

July 27th, 2019

John Malaer
100 N. Grape St. #405
Medford, OR 97501

Dear Mr. Malaer

This letter is in response to the officer complaint you filed on July 16th, 2019 with the Medford Police Department.

I have thoroughly reviewed the complaint, interviewed all parties involved, reviewed video footage and complied documents of the incident in question.  As a result of this investigation, I have concluded the following:  The complaint filed in regards to unreasonable force being used during the arrest is **Exonerated.**

I would like to thank you for contacting the Medford Police Department regarding your concerns in this matter. The Medford Police Department takes every complaint seriously and we are committed to providing excellent service to the citizens we serve. Furthermore, we are committed to continuous improvement and customer service which can only be accomplished when issues such as this are brought to our attention.


Sincerely,


G. Kirkpatrick #728
Patrol Sergeant
Medford Police Department


*Your Police – Our Community*

**#16545.1**