**ALICIA LEDUC MONTGOMERY, OSB 173963**
Email: alicia@leducmontgomery.com
**LEDUC MONTGOMERY LLC**
2210 W Main Street, Suite 107 #328
Battle Ground, Washington 98604
Telephone: (503) 500-5695
www.leducmontgomery.com

Attorney for Plaintiff John Malaer

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

OREGON MEDFORD DIVISION

| | |
|---|---|
| JOHN LEE MALAER,<br><br>    Plaintiff, v.<br><br>GEOFFREY KIRKPATRICK, an individual;<br>MICHAEL WULFF, an individual; OMAR<br>ESQUEDA, an individual; ASHLEY MCFALL,<br>an individual; CITY OF MEDFORD, a<br>government agency; JACKSON COUNTY, a<br>government agency; NATHAN SICKLER, in<br>his individual and official capacity; and BRIAN<br>KOLKEMO, an individual,<br><br>    Defendants. | Case No. 1:20-cv-00049-CL<br><br><br>**PLAINTIFF'S TIMELINE SUMMARY<br>OF JACKSON COUNTY JAIL VIDEO<br>AND AUDIO FILES** |

**TIMELINE OF JACKSON COUNTY JAIL VIDEO & AUDIO EVIDENCE**

        This timeline is an unofficial summary of key events and associated time stamps regarding

the detention of Mr. Malaer inside the Jackson County jail from July 11-12, 2019. This timeline

was created by LeDuc Montgomery LLC as a demonstrative to aid the Court in quickly reviewing

video and audio evidence in this case. The Exhibit numbers and Bates stamps in this timeline

PAGE 1 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

correspond with the exhibits submitted with the Declaration of Alicia LeDuc Montgomery in

support of Plaintiff's Motion for Partial Summary Judgment against County Defendants filed at

ECFs 258-262 in this matter. This timeline is not intended as a complete, definitive statement of

any and all events that transpired in the jail which may give rise to or support a cause of action by

Mr. Malaer against the County or its agents and employees.

## TIMELINE SUMMARY OF JAIL VIDEO AND AUDIO EXHIBITS

**Exhibit 15 (JC000058 – SALLY VEHICLE EXIT.mp4) (No Audio)**
**0:01:11-0:2:55** – Medford police arrive in the jail sally port in two vehicles, a community resource
    truck transporting Mr. Malaer's electric wheelchair and an SUV transporting Mr. Malaer.
    Police leave Mr. Malaer's wheelchair at the jail and the community resource truck
    departs.
**0:03:16** – A County deputy pushes a manual wheelchair to the SUV where Mr. Malaer is located.
    The deputy remains on the passenger side of the vehicle for several minutes.
**0:03:21** – A County deputy begins handling Mr. Malaer's electric wheelchair and tries to drag it
    backwards.
**0:05:47** – A County deputy and Medford police officer have moved Mr. Malaer's electric
    wheelchair to the corner of the sally port. Another County deputy and the jail nurse enter
    the sally port.
**0:06:06** – A County deputy walks to the passenger side of the SUV where Mr. Malaer is located.
**0:06:31** – The deputy opens the door to the police SUV where Mr. Malaer is sitting and begins
    speaking. Another County deputy, two Medford police deputies, and the jail nurse also
    walk to the passenger side of the SUV.
**0:06:46** – A third County deputy emerges from the corner of the sally port where Mr. Malaer's
    wheelchair had been taken, carrying Mr. Maler's backpack. He joins the other deputies at
    the SUV.
**0:07:32** – The County deputy appears to open Mr. Malaer's backpack and search it. He and two
    Medford deputies look inside the backpack.
**0:07:49** – The County deputy hands the backpack to a Medford police officer.
**0:07:55** – The Medford police officer places Mr. Malaer's backpack in the back of the SUV.
**0:07:15-0:08:05** – At this point the officers and deputies are talking with the nurse standing off to
    the side. Nobody speaks to her before taking Mr. Malaer out of the vehicle. The nurse
    does not speak to Mr. Malaer.
**0:08:06-0:08:24** – Three of the deputies lean into the police vehicle and grab Mr. Malaer and pull
    him out of the vehicle. Mr. Malaer is dropped to his knees near the ground. The deputies
    lift him by his arms and roughly place him chest first toward the wheelchair. The deputies
    again drop Mr. Malaer near the ground.
**0:08:24** – The deputies pick up Mr. Malaer and flip him around so he is sitting in the wheelchair
    facing forward.

**0:08:46** – The deputies begin pushing Mr. Malaer in the wheelchair across the sally port. His legs appear contorted and crossed over each other in the wheelchair. His pants are partly pulled down. His feet are not supported.

**0:08:50** – Mr. Malaer's legs are dragging under the wheelchair and his pants are around his knees. As they near the door a deputy grabs Mr. Malaer's pants and uses them to lift his legs off the ground. At no time does the nurse appear to interact with Mr. Malaer.

**Exhibit 16 (JC000059 -PAT DOWN_1_20190712T033310.000Z_0.mp4) (Video)**

**Exhibit 17 (JC000060 -PAT DOWN MIC_audio1_20190712T033310.000Z_0.mp4) (Audio)**

**0:00:07** – Mr. Malaer is being pushed into a cell. There are 5 law enforcement deputies and a nurse present. Mr. Malaer's hands are handcuffed behind his back. He is cursing at the deputies.

**0:00:17** – Mr. Malaer is speaking to one of the County deputies.

**0:00:19** – A deputy starts taking Mr. Malaer's pants off.

**0:00:21** –The jail nurse leaves the pat down room.

**0:00:24** – A jail deputy puts his hand on Mr. Malaer's head and pushes it.

**0:00:25** – Two jail deputies have their hands on Mr. Malaer's head. One deputy has his hand on the left side of Mr. Malaer's head and is pushing it to the right. The other deputy has one hand on the top of Mr. Malaer's head and another hand appears to be on the front of Mr. Malaer's chest.

**0:00:37** – The deputy removes his hand from the front of Mr. Malaer's chest. Both deputies still have their hands on Mr. Malaer's head.

**0:00:41** – The deputy pushes Mr. Malaer's head down towards his knees. The deputy has his hand at the back of Mr. Malaer's neck. Mr. Malaer appears to be struggling while in this position. Mr. Malaer remains pushed over until 0:02:31.

**0:00:45** – Mr. Malaer says "I will put a fucking bullet in your head."

**0:00:50** – The deputy forcefully pushes Mr. Malaer's head down even further. He seems to have both of his hands on Mr. Malaer's head.

**0:00:54** – Mr. Malaer says "fuck you, fuck you, I'm fucking calling my lawyer" as the deputies push his head down.

**0:00:55** – The jail nurse approaches and observes from the doorway of the pat down cell.

**0:01:05** – A deputy is holding Mr. Malaer's personal items and says "I'm going to label this as biohazard. He urinated all over it."

**0:01:07** – Another deputy says what sounds like "you're in a wheelchair sir."

**0:01:07** – Another deputy says what sounds like "that's a lot of talking for a pissy pants."

**0:01:08** – A deputy moves his right hand from Mr. Malaer's head and appears to slap Mr. Malaer's right arm. He then grabs and forcefully puts Mr. Malaer's right arm behind Mr. Malaer's back. Mr. Malaer is still in handcuffs.

**0:01:16** – The deputy starts holding the back of Mr. Malaer's left elbow in addition to holding down Mr. Malaer's head.

**0:01:24** – Mr. Malaer calls the deputies "punk ass bitches" and says "If I could snap any of your necks I would!" One of the deputies responds "I'm right here sir, go ahead. I'm right here sir." And Mr. Malaer responds "I know, right, but you guys got me all held up."

**0:01:30** – The deputy says "I'm right here sir. Snap my neck." Mr. Malaer responds "fuck you."

**0:01:33** – The deputy moves Mr. Malaer's right arm to a different position.

**0:01:45** – A third deputy comes over and starts holding Mr. Malaer's right hand. He appears to

**LeDuc Montgomery LLC**
2210 W Main St., Suite 107 #328
Battle Ground, Washington 98604
(503) 500-5695

pinch Mr. Malaer's arm vein. The deputy had his thumb in the palm of Mr. Malaer's hand. He appears to be compressing the median nerve. He holds this position until 0:02:13. The nurse is watching through the door and appears to be laughing. Mr. Malaer appears physically uncomfortable.

**0:01:58** – The deputy looks at Mr. Malaer's back and appears to see blood. Deputies say "there's blood" and "it might be from his back. It's right there in that area. It's on the back of the chair."

**0:02:05** – Mr. Malaer says "You guys need to take me to the hospital." The deputy who has been taunting Mr. Malaer responds loudly in Mr. Malaer's ear "For what! For what? Do you have medical issues? That's what I've been asking you! Huh?"

**0:02:10** – Mr. Malaer responds loudly "you need to take me to the hospital, you fucking pigs. You're going to break my fucking finger."

**0:02:07** – Mr. Malaer appears to be struggling in the bent-over position the deputies are holding him in.

**0:02:13** – The deputy who was holding Mr. Malaer's hand slightly changes position and seems to be more forcefully holding onto it and twisting Mr. Malaer's fingers. He appears to say something in Mr. Malaer's direction.

**0:02:18** – Mr. Malaer loudly says "You need to take me to the hospital. You fucking pigs, take me to the hospital." The deputy responds "for what." Mr. Malaer says "For fucking, take me to the hospital." The deputy responds, with an agitated tone, "for what?" Mr. Malaer responds loudly "Fuck you, take me to the hospital!" Simultaneously, the deputy says, "tell us why."

**0:02:24** – Mr. Malaer moves his arms multiple times.

**0:02:29** – Mr. Malaer responds loudly "Fuck you, take me to the hospital!" The deputy says "tell us why." Mr. Malaer is still being held in a bent-over position.

**0:02:31** –The deputy lets Mr. Malaer's head go and Mr. Malaer sits up. Mr. Malaer says "because you guys have abused me. You fucking put blood – there's blood on the fucking floor."

**0:02:37** – A deputy says dismissively, "oh, it's just from a finger."

**0:02:39** – Mr. Malaer says, "take me to the hospital." As the video cuts off, the deputy says "I'm still waiting for you to snap …"

## Exhibit 19 (JC000061 – BOOKING 360_1_20190712T033530.000Z_0.mp4)

**0:00:00-0:00:15** – Mr. Malaer is in a cell with four jail deputies, two police officers, and a nurse nearby, some in the cell with Mr. Malaer and some in the hallway outside the door.

**0:00:15-0:00:23** – The deputies push Mr. Malaer out of the holding cell in a wheelchair. A deputy is holding Mr. Malaer's neck. Mr. Malaer's feet drag on the ground under the wheelchair.

0:00:24 – The deputy holding Mr. Malaer's neck uses his other hand to roughly push Mr. Malaer's head down. He has one hand on Mr. Malaer's neck and the other on his head.

0:00:25 – Another inmate watching through a cell window begins hitting the window and shouting.

0:00:33 – The deputy pushes Mr. Malaer's head down even farther, near Mr. Malaer's knees.

## Exhibit 20 (JC000062 -BOOKING 360_1_20190712T034159.000Z_0.mp4)

**0:00:07** – Mr. Malaer is wheeled into the booking area by four deputies. He is naked with a green smock draped over his right shoulder but not covering his body.

**0:00:09** – One deputy is holding or pulling Mr. Malaer's left leg. Mr. Malaer's other leg is dragging on the ground underneath the wheelchair. The other three deputies have their hands on

PAGE 4 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

Mr. Malaer's upper body or the wheelchair.

**0:00:22** – The deputies wheel Mr. Malaer into a holding cell and he is out of view of the camera. All of the deputies are out of view of the camera.

**0:00:41** – One deputy takes the wheelchair out of the cell. He pushes the wheelchair away from the cell.

**0:00:54** – Another deputy leaves the cell.

**0:00:59** – The remaining two deputies leave the cell and close the door.

**0:01:10** – Deputies leave the wheelchair sitting empty in the hallway next to a counter of what appears to be several orange drinking cups and hand sanitizer.

**Exhibit 21 (JC000063 -HOLDING 2_1_20190712T034215.000Z_0.mp4) (Video)**
**Exhibit 22 (JC000064 - HOLDING 2 MIC_audio1_20190712T034215.000Z_0.mp4) (Audio)**
**Exhibit 23 (Combined Video and Audio)**

Mr. Malaer is in a wheelchair being wheeled into a holding cell by four deputies. He is naked aside from a green smock draped over his right shoulder. His arms are held by two deputies behind his back. Another deputy is holding Mr. Malaer's leg. A fourth is walking behind the group. Mr. Malaer and deputies are in what appears to be a heated conversation about Mr. Malaer being hurt by deputies.

**0:00:02** – As the group enters the holding cell, someone is saying "dude in a wheelchair." A deputy appears to respond saying in part "trying to hurt you." Mr. Malaer says "You guys are all bullshit. No, fuck, you guys are trying to hurt me. You …"

**0:00:09** – Mr. Malaer is in the middle of speaking when a deputy open-hand slaps Mr. Malaer across the face. The deputy yells at Mr. Malaer "Knock it off!"

**0:00:12** - Mr. Malaer responds telling the deputy "You're a bitch. You're a punk ass bitch. Hit me again you motherfucker! Fucking cunt."

**0:00:16** – One deputy appears to be speaking with the others during the transfer process, it is unclear what he is saying.

**0:00:17** –The deputy who is directly behind Mr. Malaer pulls Mr. Malaer's left arm straight behind him. The deputy has both of his hands wrapped around Mr. Malaer's left arm.

**0:00:19** – The deputies lift Mr. Malaer by his arms and legs and put him on the concrete floor of the cell. The deputy still has Mr. Malaer's left arm straight behind him. Mr. Malaer tells the deputies "All this stuff is going to the fucking cops. Motherfucker. Fuck you."

**0:00:23** – The deputy uses Mr. Malaer's left arm to pull him up.

**0:00:24** – A deputy wheels the wheelchair out of the cell.

**0:00:27** – Two deputies, holding Mr. Malaer by his arms, twist him around and pull him face down onto the floor. One of his legs is folded and the other is straight. A smock is on Mr. Malaer's back. Another deputy puts the mattress on the ground.

**0:00:29** – One deputy puts his knee on Mr. Malaer's upper back area and lifts his left arm straight up. Mr. Malaer's legs are spasming.

**0:00:31** – The second deputy puts his knee on Mr. Malaer's upper back area. Both deputies are applying what appear to be pain compliance holds.

**0:00:33** – A deputy drops a mattress on the floor and leaves the cell.

**0:00:39** – The first deputy repositions himself and appears to put more of his weight on Mr. Malaer's back.

**0:00:40** – The deputy who has Mr. Malaer's left arm lets go of his arm, takes his knee off of Mr. Malaer's back, and leaves the cell. The deputy who slapped Mr. Malaer continues to have

**LeDuc Montgomery LLC**
2210 W Main St., Suite 107 #328
Battle Ground, Washington 98604
(503) 500-5695

his knee on Mr. Malaer's back.

**0:00:43** – The second deputy gets off Mr. Malaer's back and leaves the room. Mr. Malaer is face down on the concrete floor of the cell. His right leg is bent behind him.

**0:00:45** – The deputies leave the room and shut the door. As Mr. Malaer gets up off the floor, he says "punk ass bitches" "cunt" and yells something inaudible.

**0:01:05** – Mr. Malaer says "I'm done." He says something inaudible.

**0:01:29** – Mr. Malaer sits up and holds on to his right leg and foot, indicative of a leg spasm. He is completely naked and sitting on the concrete floor.

**0:02:01** – Mr. Malaer moves himself onto the mattress.

**0:02:29** – Mr. Malaer cries out audibly.

**0:02:52** – Mr. Malaer points his middle finger at the door. His right leg is spasming.

**0:03:11** – Mr. Malaer lays down on the mattress. His left thigh spasms.

**0:03:22** – A deputy walks up to Mr. Malaer's door and looks in.

**0:06:24** – Two deputies walk past Mr. Malaer's door. Neither looks inside.

**0:13:04** – Two deputies escorting a detainee walk past Mr. Malaer's door.

**0:13:49** – A deputy walks near Mr. Malaer's door and looks in.

**0:14:12** – A deputy looks in Mr. Malaer's window and then comes in. Mr. Malaer is laying on the mattress on the ground. He is completely naked. The deputy is standing near Mr. Malaer's knees looking down at him.

**0:14:16** – The deputy asks Mr. Malaer "Hey Malaer. Is that your, is that your chair they brought in here?" Mr. Malaer calmly responds "yeah." Mr. Malaer is laying on the ground on his back with his arms behind his head.

**0:14:21** – The deputy asks Mr. Malaer "Do you have a plug or something so we can charge it up with?" Mr. Malaer responds inaudibly. The deputies asks "Ok, is there a way to charge it?" It's inaudible, but Mr. Malaer seems to have said no. The deputy asks "So what do you do, what you supposed to do it?" Mr. Malaer "I [inaudible] go home. You guys put me in jail instead. I don't live very far from here. If I can get home. Whatever you guys arrested me for is bullshit." He remains calm.

**0:14:24** – A deputy walks past Mr. Malaer's open door.

**0:14:45** – The deputy responds to Mr. Malaer "Well first of all, we didn't arrest you." Mr. Malaer asks, "Am I under arrest?" The deputy responds "Medford arrested ya, we didn't arrest you." Mr. Malaer asks "why am I in jail?" The deputy responded "we work here at the jail. I'm trying to find out about your chair. What do I need to do with the chair?"

**0:15:03** – Mr. Malaer says "There's nothing you can do, you can flip a switch and get me home. Or me get a cab. I live three blocks from here." The deputy asks "ok well what are you going to do with the chair if I release ya? I've got nobody to push the chair around so what are we going to do with it?" Mr. Malaer responds "I need to call a cab and have the cab take me home. Can you guys call me a cab? I'll pay for a cab, can you guys call me a cab?" If I'm gonna release ya

**0:15:06** – A deputy is outside of Mr. Malaer's door. He is mostly out of the frame but seems to be looking inside the cell.

**0:15:17** – The deputy outside of Mr. Malaer's door leaves.

**0:15:22** – Three people walk pass Mr. Malaer's open door. Mr. Malaer's genitals are facing the door.

**0:15:29** – The deputy responds "well if I'm going to release ya, we need to call a cab." Mr. Malaer asks, "what am I under arrest for?" The deputy responds "I don't know, but I'm trying to

help you out here. I'm trying to decide if I'm going to let Medford leave that chair here or if I'm going to make them take it somewhere because I don't have room for the chair."

**0:15:31** – A deputy comes to Mr. Malaer's door. He is standing outside the cell but is looking in.

**0:15:35** – The deputy walks into the doorframe and Mr. Malaer sits up.

**0:15:43** – Mr. Malaer responds "that is my only mobility access." The deputy responds "right." Mr. Malaer continues "you are breaking laws if you take that chair from me. I want you to call a cab. I didn't do anything to be under arrest for."

**0:15:57** – The deputy responds "You'll find out what you're under arrest for. All I'm concerned about is the chair." Mr. Malaer responds "I understand." The deputy continues "The chair is dead, so it doesn't do you any good. "

**0:16:06** – Mr. Malaer continues "but you can flip the switches on the chair and I can be pushed home. I can be pushed home. Or you can call me a cab." The deputy responds "well, who's going to push ya?" Mr. Malaer responds "the cab driver can push me." The deputy responds "the cab driver's not going to push ya. The cab driver will drive ya, but he's not going to push ya."

**0:16:21** – Mr. Malaer responds "Oh my God, ok, I don't even know how to deal with it. This is your guys' fault. I didn't ask to be arrested." The deputy responds, "Alright I'll tell Medford to take the chair then."

**0:16:33** – A door slams shut. Mr. Malaer says "fine do what you got to do then. Fuck you." Mr. Malaer lays down.

**0:16:48** – A deputy walks past Mr. Malaer's door.

**0:17:11** – Two deputies walk past Mr. Malaer's door.

**0:18:07** – Mr. Malaer sits up and holds his right leg.

**0:18:43** – Mr. Malaer gets up and flips the mattress over. The mattress appears wet.

**0:18:56** – Mr. Malaer lays the smock on the wet mattress and lays himself on top of it.

**0:19:39** – Mr. Malaer sits up and holds his right leg.

**0:19:49** – A deputy walks past Mr. Malaer's door.

**0:20:02** – Mr. Malaer lays back down.

**0:20:19** – A deputy walks past Mr. Malaer's door.

**0:20:24** – Three deputies walk pass Mr. Malaer's door.

**0:20:30** – NO AUDIO AFTER THIS POINT

**0:20:45** – A deputy looks at something on Mr. Malaer's door and then enters the cell.

**0:20:56** – The deputy is talking to Mr. Malaer. There is no audio. Mr. Malaer sits up. The deputy is standing near Mr. Malaer's feet.

**0:21:29** – Mr. Malaer grabs both of his legs.

**0:22:41** – The conversation between the deputy and Mr. Malaer ends and the deputy leaves the cell and shuts the door.

**0:22:46** – Mr. Malaer grabs both of his legs.

**0:23:41** – Mr. Malaer appears to speaking towards the door but there is no one in the frame.

**0:23:57** – Mr. Malaer continues to hold both of his legs and lean forward.

**0:24:16** – A deputy walks past Mr. Malaer's cell.

**0:25:09** – Mr. Malaer  lays down.

**0:26:20** – Mr.Malaer sits up and holds his right leg.

**0:26:34** – Two deputies walk past Mr. Malaer's cell.

**0:28:27** – Mr. Malaer lays down.

PAGE 7 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**0:28:39** – Mr. Malaer points his middle fingers in the air.
**0:29:48** – Mr. Malaer sits up and grabs his legs and leans forward.
**0:30:20** – Mr. Malaer is speaking but no one else is in the frame.
**0:30:35** – A deputy walks past Mr. Malaer's door.
**0:30:56** – Mr. Malaer bends over and holds his legs.
**0:31:20** – Mr. Malaer is speaking but no one else is in the frame.
**0:32:07** – Mr. Malaer is speaking but no one else is in the frame.
**0:32:30** – Mr. Malaer lays down.
**0:32:58** – Mr. Malaer sits up and is speaking but no one else is in the frame.
**0:37:38** – Mr. Malaer sits up, leans forward, and holds his legs.
**0:38:52** – A deputy is looking at something on Mr. Malaer's door.
**0:39:46** – A deputy walks past Mr. Malaer's door.
**0:40:19** – A deputy looks in Mr. Malaer's window.
**0:41:38** – Mr. Malaer sits up and touches multiple spots on the smock he has been laying on.
**0:41:51** – Mr. Malaer leans forward and holds his legs.
**0:42:43** – Mr. Malaer leans forward and holds his legs.
**0:43:52** – Mr. Malaer is still leaning forward and holding his legs.
**0:44:11** – Mr. Malaer lays down and covers himself with the soiled smock.
**0:46:23** – A deputy walks past Mr. Malaer's door.
**1:07:38** – Mr. Malaer turns to his side and the mattress underneath him appears to be wet.
**1:13:56** – Mr. Malaer sits up and appears to speak but no one else is in the frame.
**1:23:13** – A deputy looks in Mr. Malaer's window and walks away.
**1:25:24** – A deputy walks past Mr. Malaer's door.
**1:29:57** – A deputy walks past Mr. Malaer's door.
**1:35:03** – Mr. Malaer sits up and the mattress appears to be wet underneath him.
**1:35:44** – Mr. Malaer flips the mattress over and the other side appears to also be wet.
**1:35:48** – A deputy walks past Mr. Malaer's door.
**1:37:33** – Two women in striped clothing walk past Mr. Malaer's door.
**1:38:03** – A deputy looks in Mr. Malaer's window and leaves.
**1:42:04** – A deputy walks past Mr. Malaer's door.
**1:42:14** – A deputy walks past Mr. Malaer's door.
**1:42:31** – Two people walk past Mr. Malaer's door.
**1:42:37** – A deputy walks past Mr. Malaer's door.
**1:43:01** – A deputy walks past Mr. Malaer's door.
**1:45:59** – Mr. Malaer points his middle finger at the camera.
**1:50:03** – Mr. Malaer sits up, leans forward, and grabs his legs.
**1:50:15** – Mr. Malaer is speaking but no one else is in the frame.
**1:50:43** – Mr. Malaer is speaking to the camera.
**1:51:02** – Mr. Malaer is speaking to the camera.
**1:51:59** – Mr. Malaer points his middle finger at the camera.
**1:52:28** – Mr. Malaer is speaking to the camera and points his middle finger at the camera.
**1:53:26** – Mr. Malaer points his middle finger at the camera.
**1:54:42** – Mr. Malaer is speaking to the camera and points his middle finger at the camera.
**1:58:15** – A deputy walks past Mr. Malaer's door.
**2:00:07** – Mr. Malaer sits up, and briefly grabs his legs.
**2:01:11** – Mr. Malaer sits up, leans forward, and grabs his legs.

PAGE 8 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**2:01:47** – Mr. Malaer sits up, leans forward, and grabs his legs.
**2:08:22** – Mr. Malaer points his middle finger at the camera.
**2:09:41** – A deputy walks past Mr. Malaer's door.

**Exhibit 55 (JC000065 -HOLDING 2_1_20190712T034215.000Z_1.mp4)**
Mr. Malaer is laying on a mattress on the floor of a cell. He is naked but is covering himself with a smock.
**0:07:21** – A deputy walks past Mr. Malaer's door.
**0:16:46** – Someone walks past Mr. Malaer's door.
**0:18:05** – A deputy walks past Mr. Malaer's door.
**0:18:32** – A deputy walks past Mr. Malaer's door.
**0:18:37** – Deputies walk past Mr. Malaer's door.
**0:18:53** – A deputy walks past Mr. Malaer's door.
**0:19:27** – A deputy walks past Mr. Malaer's door.
**0:19:32** – A deputy walks past Mr. Malaer's door.
**0:19:49** – A deputy walks past Mr. Malaer's door.
**0:20:14** – Two deputies walk past Mr. Malaer's door.
**0:20:24** – A deputy walks past Mr. Malaer's door.
**0:25:15** – Mr. Malaer sits up and moves around the mattress. The mattress appears to be wet.
**0:27:22** – A deputy walks past Mr. Malaer's door.
**0:35:15** – A deputy walks past Mr. Malaer's door.
**0:36:27** – A deputy walks past Mr. Malaer's door.
**0:36:50** – A deputy walks past Mr. Malaer's door.
**0:42:19** – A deputy walks past Mr. Malaer's door.
**0:43:44** – A deputy walks past Mr. Malaer's door.
**0:52:59** – A deputy walks past Mr. Malaer's door.
**0:53:06** – A deputy walks past Mr. Malaer's door.
**0:53:23** – A deputy walks past Mr. Malaer's door.
**0:56:29** – Mr. Malaer points his middle finger at the camera.
**0:56:45** – Mr. Malaer points his middle finger at the camera.
**0:56:51** – A deputy walks past Mr. Malaer's door.
**1:00:50** – A deputy walks past Mr. Malaer's door.
**1:04:39** – Mr. Malaer sits up and the mattress appears wet.
**1:04:53** – Mr. Malaer flips his wet mattress over. The other side is also wet.
**1:07:19** – A deputy walks past Mr. Malaer's door.
**1:07:43** – A deputy walks past Mr. Malaer's door.
**1:13:36** – A deputy walks past Mr. Malaer's door.
**1:18:03** – A deputy walks past Mr. Malaer's door.
**1:19:18** – Four deputies walk past Mr. Malaer's door.
**1:19:34** – A deputy walks past Mr. Malaer's door.
**1:19:58** – A deputy looks in Mr. Malaer's window and points as he talks to another deputy.
**1:20:09** – The other deputy looks in Mr. Malaer's window. Mr. Malaer appears to be sleeping.
**1:30:10** – A deputy walks past Mr. Malaer's door.
**1:31:12** – A deputy walks past Mr. Malaer's door.
**1:33:35** – A deputy walks past Mr. Malaer's door.
**1:35:21** – A deputy looks in Mr. Malaer's window. Mr. Malaer appears to be sleeping. Another

deputy walks past the door.

**1:36:02** – A deputy walks past Mr. Malaer's door.

**1:37:15** – A deputy is at Mr. Malaer's door.

**1:37:25** – A deputy looks in Mr. Malaer's window. He appears to be sleeping.

**1:37:59** – A deputy walks past Mr. Malaer's door.

**1:38:28** – A deputy walks past Mr. Malaer's door.

**1:45:16** – A deputy walks past Mr. Malaer's door.

**1:54:48** – A deputy walks past Mr. Malaer's door.

**1:55:25** – Two deputies walk past Mr. Malaer's door.

**1:56:50** – A deputy walks past Mr. Malaer's door.

**2:04:54** – A deputy walks past Mr. Malaer's door.

**2:08:29** – A deputy walks past Mr. Malaer's door.

**2:08:30** – It appears Mr. Malaer may have been urinating though it's unclear.

**2:09:24** – A deputy walks past Mr. Malaer's door.

**2:09:35** – A deputy walks past Mr. Malaer's door.


**Exhibit 54 (JC000066 -HOLDING2_1_20190712T034215.000Z_2.mp4)**

Mr. Malaer is laying on the mattress on the ground. He is using the smock as a blanket.

**0:03:07** – Mr. Malaer sits up. The mattress appears wet. Mr. Malaer uses the smock to wipe the mattress.

**0:06:18** – Mr. Malaer sits up.

**0:06:19** – A deputy walks past Mr. Malaer's door.

**0:06:26** – A deputy walks past Mr. Malaer's door.

**0:07:00** – Mr. Malaer pulls himself and the mattress over towards the sink and toilet. He is putting his hand in the sink and appears to be cupping his hand to catch water and then drinking the water from his hand.

**0:07:58** – Mr. Malaer leans forward and holds his right leg.

**0:08:48** – Mr. Malaer leans forward and holds his legs.

**0:12:01** – Two deputies walk past Mr. Malaer's door.

**0:12:21** – Two deputies walk past Mr. Malaer's door.

**0:12:29** – A deputy walks past Mr. Malaer's door.

**0:12:51** – A deputy walks past Mr. Malaer's door.

**0:16:41** – Mr. Malaer sits up and moves his arms in circles.

**0:18:41** – Mr. Malaer puts the mattress on the concrete bench and scoots across the floor over to it.

**0:19:18** – Mr. Malaer's legs spasm.

**0:19:59** – Mr. Malaer lays his head down on the bench.

**0:20:35** – Mr. Malaer scoots to the door and starts banging on it.

**0:20:56** – A deputy looks in Mr. Malaer's window and starts speaking to Mr. Malaer.

**0:21:11** – Mr. Malaer throws his hands up and appears defeated. He scoots back to the corner of the room near the mattress.

**0:21:43** – Mr. Malaer pushes himself up onto the bench, face first, and scootches upwards.

**0:22:14** – Mr. Malaer's left thigh appears to be spasming.

**0:22:33** – Mr. Malaer points his middle finger towards the camera.

**0:22:28** – Mr. Malaer is speaking but no one else is in the frame.

**0:23:54** – Mr. Malaer sits up. His left leg is spasming.

**0:24:18** – Mr. Malaer leans over and grabs his knees. His left leg is still spasming.

PAGE 10 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**0:24:47** – Mr. Malaer transfers back to the ground and scoots towards the toilet.

**0:25:24** – Mr. Malaer is next to the toilet. The toilet area is redacted. Mr. Malaer appears to lean over towards the toilet.

**0:25:42** – Mr. Malaer seems to toss water on the ground.

**0:25:58** – Mr. Malaer starts scootching back to the bench with the mattress.

**0:26:22** – Mr. Malaer leans over and grabs his right leg.

**0:26:50** – Mr. Malaer lays his head on the bench. He looks emotional.

**0:28:35** – A deputy walks past Mr. Malaer's door.

**0:28:36** – Mr. Malaer transfers onto the bench where the mattress is. He transfers face-first.

**0:29:10** – Mr. Malaer's left leg is spasming.

**0:29:38** – Mr. Malaer successfully gets both of his legs on the bench.

**0:32:13** – Mr. Malaer sits up, leans over, and holds onto his legs.

**0:32:53** – A deputy walks past Mr. Malaer's door.

**0:39:01** – A deputy walks past Mr. Malaer's door.

**0:47:48** – A deputy walks past Mr. Malaer's door.

**0:48:07** – A deputy walks past Mr. Malaer's door.

**0:48:46** – A deputy walks past Mr. Malaer's door.

**0:54:35** – A deputy walks past Mr. Malaer's door.

**0:55:19** – A deputy walks past Mr. Malaer's door.

**1:00:05** – Mr. Malaer removes the smock that he had been using as a blanket and scootches himself down the bench. His legs are hanging over the side of the bench and touching the floor.

**1:00:31** – Mr. Malaer's left leg appears to be spasming.

**1:00:38** – Mr. Malaer urinates on the floor of the cell.

**1:01:20** – Mr. Malaer scoots to the end of the bench and knocks on the cell door.

**1:01:57** – Mr. Malaer's leg spasms.

**1:02:06** – A deputy comes to Mr. Malaer's window and they begin talking.

**1:02:51** – The deputy says something and Mr. Malaer responds by shrugging defeatedly and scootching back to the mattress.

**1:02:56** – A deputy walks past Mr. Malaer's door.

**1:03:10** – A deputy walks past Mr. Malaer's door.

**1:03:18** – A deputy walks past Mr. Malaer's door.

**1:03:21** – Mr. Malaer's leg spasms.

**1:04:11** – Mr. Malaer sits up, leans forward, and holds his legs.

**1:04:31** – Mr. Malaer leans forward and holds his legs.

**1:04:51** – A deputy walks past Mr. Malaer's door.

**1:04:53** – Mr. Malaer transfers to the floor and scoots to the to knock on it.

**1:06:22** – Mr. Malaer scoots toward the toilet. The toilet area is redacted so it is unclear what he is doing but his right arm is moving. He may be drinking from the toilet again.

**1:06:43** – A deputy runs past Mr. Malaer's door. Mr. Malaer scoots back toward the bench and the mattress.

**1:07:11** – Mr. Malaer wipes his mouth on the smock.

**1:07:31** – Mr. Malaer transfers back to the bench.

**1:07:34** – A deputy walks past Mr. Malaer's door.

**1:08:01** – Mr. Malaer scoots onto the mattress. The spot on the bench where he had been sitting is now wet.

**1:10:14** – A deputy walks past the door.

PAGE 11 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**1:12:22** – A deputy walks past the door.

**1:15:20** – Mr. Malaer sits up and bangs on the wall of the cell.

**1:15:41** – Mr. Malaer leans forward and holds his legs.

**1:16:18** – A deputy walks past Mr. Malaer's door.

**1:16:35** – A deputy walks past Mr. Malaer's door. Mr. Malaer appears to be talking at the door and the deputy comes back and looks in the window. Mr. Malaer and the deputy talk for about 15 seconds and the deputy leaves.

**1:17:31** – A deputy brings a manual wheelchair into the cell. Mr. Malaer speaks with the deputy.

**1:18:19** – The deputy leaves the cell and closes the door.

**1:18:35** – Mr. Malaer transfers into the wheelchair. His feet drag on the floor.

**1:18:58** – The deputy brings Mr. Malaer a yellow cup. The deputy and Mr. Malaer speak for a few seconds. Mr. Malaer fills up the cup and drinks from it.

**1:19:54** – Mr. Malaer wheels himself to the bench. His feet get caught on the ground multiple times.

**1:20:39** – Mr. Malaer transfers from the chair to the bench to sit on the mattress.

**1:21:24** – Someone walks by Mr. Malaer's door with coolers.

**1:21:50** – Mr. Malaer leans forward and holds on to his right leg.

**1:25:43** – A deputy walks past Mr. Malaer's door.

**1:31:32** – A deputy walks past Mr. Malaer's door.

**1:31:41** – Two deputies walk past Mr. Malaer's door.

**1:34:13** – Two deputies walk past Mr. Malaer's door.

**1:34:24** – A deputy walks past Mr. Malaer's door.

**1:34:26** – A deputy walks past Mr. Malaer's door.

**1:34:44** – A deputy walks past Mr. Malaer's door.

**1:40:16** – A deputy walks past Mr. Malaer's door.

**1:43:45** – Mr. Malaer's leg is spasming. He scoots himself to the edge of the bench and urinates on the ground.

**1:44:30** – A deputy walks past Mr. Malaer's door.

**1:44:34** – Mr. Malaer's leg is still spasming.

**1:45:35** – Mr. Malaer transfers from the bench to his wheelchair.

**1:46:11** – Mr. Malaer wheels himself to the door and knocks on it.

**1:46:27** – Mr. Malaer drinks water.

**1:46:37** – Mr. Malaer tries looking out the window and he also knocks on the door.

**1:47:36** – Mr. Malaer knocks on the door.

**1:48:02** – Mr. Malaer knocks on the window.

**1:48:50** – Mr. Malaer knocks on the door.

**1:49:23** – A deputy comes to Mr. Malaer's window and they talk to each other.

**1:49:44** – The deputy walks away. Mr. Malaer puts his head in his hands.

**1:49:55** – A deputy walks past Mr. Malaer's door.

**1:50:33** – Two deputies with a cart with coolers walk by Mr. Malaer's door.

**1:51:32** – A deputy walks past Mr. Malaer's door.

**1:51:49** – Mr. Malaer wheels himself back to the bench. His feet get caught on the ground and on the wheels several times.

**1:54:09** – A deputy walks past Mr. Malaer's door.

**1:54:12** – Mr. Malaer transfers back onto the bench.

**1:54:23** – Mr. Malaer's left leg spasms.

**1:55:36** – A deputy looks in Mr. Malaer's window.

PAGE 12 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**1:55:47** – A deputy walks in Mr. Malaer's room with another smock. A second deputy stands outside of Mr. Malaer's room watching. The deputy in the room talks to Mr. Malaer and lays the smock on his feet and leaves.
**1:58:58** – A deputy walks past Mr. Malaer's door.
**2:00:40** – A deputy walks past Mr. Malaer's door.
**2:01:39** – A deputy walks past Mr. Malaer's door.
**2:02:20** – A deputy walks past Mr. Malaer's door and briefly looks in his window.
**2:02:31** – A deputy walks past Mr. Malaer's door.
**2:03:55** – A deputy walks past Mr. Malaer's door.
**2:04:28** – A deputy walks past Mr. Malaer's door.
**2:07:15** – A deputy walks past Mr. Malaer's door.

**Exhibit 58 (JC000067 -HOLDING2_1_20190712T034215.000Z_3.mp4)**
Mr. Malaer is in the cell. There's a manual wheelchair in the room. Mr. Malaer is laying on the mattress on the concrete bench and he has two of the smocks on top of him. He still appears to be naked. There is a yellow object on the sink that appears to be a cup.
**0:14:05** – A deputy walks past Mr. Malaer's door.
**0:19:39** – A deputy walks past Mr. Malaer's door.
**0:22:12** – A deputy looks in Mr. Malaer's window and walks away.
**0:25:32** – Mr. Malaer sits up and appears to start speaking.
**0:26:09** – Mr. Malaer leans over and pees on the concrete floor.
**0:26:52** – The mattress appears to be wet.
**0:27:21** – Mr. Malaer's leg is spasming.
**0:28:21** – Mr. Malaer's leg is spasming.
**0:30:31** – Mr. Malaer's leg is spasming.
**0:31:01** – Mr. Malaer's foot is spasming.
**0:31:14** – Mr. Malaer's foot is spasming.
**0:31:32** – Mr. Malaer's foot is spasming.
**0:31:59** – A deputy looks in Mr. Malaer's cell.
**0:32:09** – A deputy walks past Mr. Malaer's door.
**0:33:23** – A deputy walks past Mr. Malaer's door.
**0:34:06** – A deputy walks past Mr. Malaer's door.
**0:34:36** – A deputy walks past Mr. Malaer's door as he is transferring from the concrete bench to his wheelchair.
**0:34:46** – Mr. Malaer's leg is spasming.
**0:34:58** – Mr. Malaer's leg is spasming.
**0:35:07** – Mr. Malaer's leg is spasming.
**0:35:15** – Mr. Malaer fills up the yellow cup on the sink and drinks from it.
**0:36:03** – A deputy walks past Mr. Malaer's door as he is positioning himself in front of the toilet.
**0:36:33** – Mr. Malaer transfers to the toilet from the wheelchair.
**0:39:33** – Mr. Malaer fills up the yellow cup on the sink and drinks from it.
**0:39:55** – Mr. Malaer transfers from the toilet to the wheelchair.
**0:40:37** – A deputy walks past Mr. Malaer's door.
**0:41:46** – Mr. Malaer transfers from the wheelchair to the concrete bench.
**0:42:21** – Mr. Malaer's leg is spasming.
**0:54:05** – Mr. Malaer's leg is spasming.

PAGE 13 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**0:57:22** – Mr. Malaer's leg is spasming.
**1:00:32** – A deputy looks in Mr. Malaer's door.
**1:02:31** – A deputy walks past Mr. Malaer's door.
**1:09:25** – Mr. Malaer's leg is spasming.
**1:09:29** – Mr. Malaer's leg is spasming.
**1:10:13** – Mr. Malaer's leg is spasming.
**1:10:35** – Mr. Malaer's leg is spasming and he turns on his side and urinates on the floor.
**1:10:53** – Mr. Malaer's leg is spasming.
**1:11:20** – Mr. Malaer turns to his back and the mattress appears to be wet.
**1:11:35** – Mr. Malaer's leg is spasming.
**1:21:20** – A deputy walks past Mr. Malaer's door.
**1:22:01** – A deputy walks past Mr. Malaer's door.
**1:25:09** – A deputy is in the hallway outside Mr. Malaer's door.
**1:25:59** – Another deputy walks by Mr. Malaer's door.
**1:28:04** – A deputy briefly stands outside Mr. Malaer's door.
**1:32:02** – Mr. Malaer sits up and the mattress appears to be wet.
**1:33:20** – Mr. Malaer's leg is spasming.
**1:37:30** – A deputy walks past Mr. Malaer's door.
**1:37:54** – A deputy walks past Mr. Malaer's door.
**1:38:32** – A deputy walks past Mr. Malaer's door.
**1:38:56** – A deputy walks past Mr. Malaer's door.
**1:41:57** – A deputy walks past Mr. Malaer's door.
**1:43:02** – A deputy walks past Mr. Malaer's door.
**1:43:35** – Mr. Malaer examines his left wrist.
**1:45:02** – A deputy walks past Mr. Malaer's door.
**1:45:07** – Mr. Malaer's leg is spasming.
**1:45:09** – A deputy walks past Mr. Malaer's door.
**1:45:21** – A deputy walks past Mr. Malaer's door.
**1:45:30** – A deputy walks past Mr. Malaer's door.
**1:46:34** – A deputy walks past Mr. Malaer's door.
**1:46:48** – A deputy walks past Mr. Malaer's door.
**1:47:27** – A deputy walks past Mr. Malaer's door.
**1:47:48** – A deputy is seen just outside Mr. Malaer's door.
**1:48:31** – A deputy walks past Mr. Malaer's door.
**1:48:57** – A deputy walks past Mr. Malaer's door.
**1:50:00** – A deputy walks past Mr. Malaer's door.
**1:50:01** – A deputy walks past Mr. Malaer's door.
**1:53:37** – A deputy walks past Mr. Malaer's door.
**2:04:48** – A deputy walks past Mr. Malaer's door.

**Exhibit 59 (JC000068 -HOLDING 2_1_20190712T034215.000Z_4.mp4)**
**0:06:02** – Mr. Malaer's leg is spasming.
**0:07:07** – Mr. Malaer turns on his side and urinates off the side of the bench. The floor and the mattress become wet with urine.
**0:07:42** – Mr. Malaer's leg is spasming.
**0:07:59** – Mr. Malaer's leg is spasming and he bends forward and grabs his leg.

PAGE 14 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**0:08:27** – Mr. Malaer's leg is spasming.
**0:08:42** – Mr. Malaer's leg is spasming.
**0:08:54** – Mr. Malaer starts to flip the mattress but the other side is wet.
**0:09:24** – Mr. Malaer attempts to transfer from the bench to the wheelchair and he falls to the ground. His leg is spasming.
**0:10:05** – There is a thin, white tube on Mr. Malaer's wheelchair. Mr. Malaer is holding it. It does not appear to be a catheter, and may be a piece of the wheelchair.
**0:10:11** – A deputy walks past Mr. Malaer's door.
**0:10:24** – A deputy walks past Mr. Malaer's door.
**0:11:06** – Mr. Malaer moves the mattress from the concrete bench to the concrete bed on the other side of the room.
**0:12:01** – Mr. Malaer has scooted toward the sink and is pulling himself up but his lower body is spasming.
**0:12:27** – Mr. Malaer fills up the cup in the sink and drinks from it.
**0:13:15** – Mr. Malaer pulls himself onto the concrete bed with the mattress.
**0:13:30** – Mr. Malaer's leg is spasming.
**0:14:04** – Mr. Malaer transfers from the concrete bed to the wheelchair.
**0:14:13** – A deputy walks past Mr. Malaer's door.
**0:14:30** – It appears that Mr. Malaer grabs something from the sink. It's unclear what it is.
**0:17:45** – Mr. Malaer appears to drink water out of the yellow cup.
**0:20:41** – Mr. Malaer transfers from the wheelchair to the concrete bed.
**0:25:48** – A deputy walks past Mr. Malaer's door.
**0:28:12** – Mr. Malaer sits up and holds his legs.
**0:30:12** – Mr. Malaer's leg is spasming.
**0:30:33** – A deputy looks in Mr. Malaer's window.
**0:30:48** – The deputy comes into Mr. Malaer's cell with a tray of food. The deputy and Mr. Malaer speak to each other and the deputy backs out of the cell and closes the door without giving the tray to Mr. Malaer.
**0:32:22** – A deputy walks past Mr. Malaer's door.
**0:32:44** – A deputy walks past Mr. Malaer's door.
**0:35:01** – Mr. Malaer's leg is spasming.
**0:38:24** – A deputy walks past Mr. Malaer's door. 0
**0:38:49** – Mr. Malaer's leg is spasming.
**0:39:40** – Mr. Malaer's leg is spasming.
**0:39:57** – Mr. Malaer scoots to the end of the bed. His leg is spasming. He appears to urinate on the floor.
**0:40:49** – Mr. Malaer's leg is spasming.
**0:46:44** – Someone walks past Mr. Malaer's door.
**0:53:18** – Mr. Malaer scoots to the end of the bed. He might be urinating but it is unclear.
**0:53:46** – A deputy walks past Mr. Malaer's door.
**0:53:49** – A deputy walks past Mr. Malaer's door.
**0:54:10** – A deputy walks past Mr. Malaer's door.
**0:54:20** – A deputy looks in Mr. Malaer's window. Mr. Malaer speaks to the deputy.
**0:54:52** – A deputy walks past Mr. Malaer's door.
**0:54:56** – A deputy walks past Mr. Malaer's door.
**0:55:29** – A deputy walks past Mr. Malaer's door.

PAGE 15 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**0:55:46** – Mr. Malaer's leg is spasming.
**0:55:57** – Mr. Malaer leans forward and holds his legs.
**0:56:02** – A deputy walks past Mr. Malaer's door.
**0:56:22** – Mr. Malaer's leg is spasming.
**0:56:46** – A deputy walks past Mr. Malaer's door.
**1:04:07** – A deputy walks past Mr. Malaer's door.
**1:10:27** – A deputy walks past Mr. Malaer's door.
**1:10:34** – A deputy walks past Mr. Malaer's door.
**1:10:37** – A deputy walks past Mr. Malaer's door.
**1:10:41** – Mr. Malaer's leg is spasming.
**1:11:54** – Someone walks past Mr. Malaer's door.
**1:26:28** – A deputy walks past Mr. Malaer's door.
**1:28:04** – Mr. Malaer sits up and scoots forward. He wipes the mattress underneath him, but it's unclear what he was wiping off.
**1:29:10** – Mr. Malaer's leg is spasming.
**1:29:56** – Mr. Malaer's leg is spasming.
**1:31:40** – A deputy walks past Mr. Malaer's door.
**1:34:20** – A deputy is seen outside Mr. Malaer's door.
**1:38:12** – A deputy walks past Mr. Malaer's door.
**1:39:13** – A deputy walks past Mr. Malaer's door.
**1:41:42** – A deputy walks past Mr. Malaer's door.
**1:42:24** – A deputy walks past Mr. Malaer's door.
**1:43:58** – A deputy walks past Mr. Malaer's door.
**1:44:38** – A deputy walks past Mr. Malaer's door.
**1:44:45** – A deputy walks past Mr. Malaer's door.
**1:45:04** – A deputy walks past Mr. Malaer's door.
**1:45:08** – A deputy is seen outside of Mr. Malaer's door.
**1:45:49** – A deputy is seen outside of Mr. Malaer's door.
**1:46:02** – Mr. Malaer's leg is spasming.
**1:46:27** – Two people walk past Mr. Malaer's door.
**1:46:34** – Mr. Malaer's leg is spasming. It appears that he is attempting to urinate.
**1:47:26** – Mr. Malaer scoots on the mattress and the spot where he was sitting appears to be wet.
**1:47:38** – Mr. Malaer's legs are spasming.
**1:48:04** – Mr. Malaer's leg is spasming.
**1:49:24** – Mr. Malaer's leg is spasming.
**1:49:31** – A deputy walks past Mr. Malaer's door.
**1:52:21** – A deputy walks past Mr. Malaer's door.
**1:56:50** – Mr. Malaer is sitting up and looks like he is in pain.
**1:58:38** – A deputy walks past Mr. Malaer's door.
**1:59:25** – Mr. Malaer is sitting up, leaning forward, and holding his legs.
**2:04:34** – Mr. Malaer's leg is spasming.
**2:05:24** – Mr. Malaer is stretching his foot.
**2:07:49** – A deputy walks past Mr. Malaer's door.
**2:08:02** – Someone walks past Mr. Malaer's door.
**2:08:13** – Someone walks past Mr. Malaer's door.
**2:08:31** – Someone walks past Mr. Malaer's door.

**Exhibit 60 (JC000069 -HOLDING 2_1_20190712T034215.000Z_5.mp4)**
**0:01:43** – A deputy walks past Mr. Malaer's door.
**0:05:03** – A deputy walks past Mr. Malaer's door.
**0:05:09** – A deputy walks past Mr. Malaer's door.
**0:10:41** – A deputy walks past Mr. Malaer's door.
**0:10:57** – Someone walks past Mr. Malaer's door.
**0:11:14** – Someone walks past Mr. Malaer's door.
**0:12:34** – Someone walks past Mr. Malaer's door.
**0:13:08** – Someone walks past Mr. Malaer's door.
**0:15:54** – Mr. Malaer is sitting up and he is pushing into his lower abdomen.
**0:16:55** – Mr. Malaer transfers from the mattress to the wheelchair.
**0:17:22** – A deputy walks past Mr. Malaer's door.
**0:17:48** – Mr. Malaer is looking out the window as a deputy walks by.
**0:17:54** – A deputy is talking to Mr. Malaer through the window.
**0:19:14** – Mr. Malaer's leg is spasming.
**0:19:30** – Mr. Malaer's leg is spasming.
**0:20:20** – Mr. Malaer transfers from the wheelchair to the mattress.
**0:20:37** – Two deputies are seen outside Mr. Malaer's door.
**0:20:53** – Mr. Malaer's leg is spasming.
**0:21:53** – Mr. Malaer's leg is spasming.
**0:22:24** – Mr. Malaer's leg is spasming.
**0:23:09** – Mr. Malaer's leg is spasming.
**0:23:10** – Someone walks past Mr. Malaer's door.
**0:23:33** – Two people walk past Mr. Malaer's door.
**0:24:00** – Mr. Malaer's leg is spasming.
**0:24:20** – Mr. Malaer drinks from the cup.
**0:28:40** – Mr. Malaer is leaning over and holding his legs.
**0:30:24** – A deputy walks past Mr. Malaer's door.
**0:30:44** – A deputy walks past Mr. Malaer's door.
**0:32:08** – Someone walks past Mr. Malaer's door.
**0:32:48** – Someone walks past Mr. Malaer's door.
**0:33:03** – Someone walks past Mr. Malaer's door.
**0:33:37** – Someone walks past Mr. Malaer's door.
**0:33:56** – Someone walks past Mr. Malaer's door.
**0:35:10** – A deputy walks past Mr. Malaer's door.
**0:35:47** – A deputy walks past Mr. Malaer's door.
**0:36:05** – A deputy walks past Mr. Malaer's door.
**0:36:35** – A deputy walks past Mr. Malaer's door.
**0:38:32** – A deputy is seen outside Mr. Malaer's door.
**0:39:30** – Two deputies and a third person walk pass Mr. Malaer's door.
**0:39:48** – A deputy walks past Mr. Malaer's door.
**0:40:28** – Two deputies are seen outside Mr. Malaer's door.
**0:42:40** – A deputy walks past Mr. Malaer's door.
**0:45:33** – Someone walks past Mr. Malaer's door.
**0:49:30** – Someone walks past Mr. Malaer's door.

PAGE 17 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**0:50:07** – Someone walks past Mr. Malaer's door.
**0:50:27** – Someone walks past Mr. Malaer's door.
**0:51:01** – Mr. Malaer's leg is spasming. He holds his penis to attempt to urinate.
**0:52:36** – Mr. Malaer transfers from the bed to the wheelchair.
**0:52:48** – Mr. Malaer knocks on the door.
**0:53:40** – Mr. Malaer positions his wheelchair in front of the toilet. It's unclear what he is doing because the toilet is redacted.
**0:55:05** – Two deputies walk by Mr. Malaer's door.
**0:55:10** – A deputy comes to Mr. Malaer's window and they speak to each other.
**0:55:49** – The deputy opens the door and comes inside the cell. Another deputy enters.
**0:56:06** – The second deputy picks up a long, hard, cylindrical object from the bench. Mr. Malaer had tossed it over there. It does not appear to be a catheter.
**0:56:34** – The deputy pushes Mr. Malaer out of the cell. Mr. Malaer's feet drag on the ground.

### Exhibit 61 (JC000070 -DEPUTY STATION_1_20190712T15921.000Z_0.mp4)
**0:00:26** – A deputy is seen wheeling Mr. Malaer in a wheelchair. The deputy is wheeling Mr. Malaer backwards. One of Mr. Malaer's feet are dragging on the ground.

### Exhibit 62 (JC000071 – MAIN ELEVATOR CAB-A_1_20190712T153024.000Z_0.mp4)
**0:00:11** – Two deputies walk into an elevator. One pulls Mr. Malaer's wheelchair into the elevator. Mr. Malaer has the smock on.
**0:01:33** – The deputy pulls Mr. Malaer's wheelchair out of the elevator.

### Exhibit 63 (JC000072 – SEPERATION CELLS
### EASTVIEW_1_20190712T153156.000Z_0.mp4)
**0:00:06** – Two deputies and Mr. Malaer come into frame. One of the deputies is pulling Mr. Malaer in the wheelchair.

### Exhibit 64 (JC000073 – MULTI-PURPOSE ROOM_1_20190712T153219.000Z_0.mp4)
**0:00:09** – The two deputies and Mr. Malaer arrive in a big, open room.
**0:00:20** – One of the deputies is pulling Mr. Malaer backwards in the Wheelchair, Mr. Malaer's feet are dragging on the ground. As they get to the corner of the room the deputy begins to turn the wheelchair and Mr. Malaer's legs appear to get caught up in the turn. Mr. Malaer leans forward and lifts his legs to keep them out of the way.
**0:00:37** – The three of them stop in the back corner of the room. They are speaking. There is what appears to be a kiosk with a video screen in front of them. Mr. Malaer is situated in front of the kiosk.
**0:01:45** – One deputy leaves the room.
**0:02:21** – The deputy returns to the room.
**0:04:34** – One deputy leaves the room.
**0:05:07**- The remaining deputy and Mr. Malaer are talking to each other.
**0:05:40** – The remaining deputy goes out of frame.
**0:06:11** – The deputy comes back in frame.
**0:07:11** – Another person walks into the room. They are wearing all orange.
**0:07:21** – Another deputy walks into the room and talks to the man in orange.
**0:07:22** – Two more deputies enter the room.

**0:07:48** – Two deputies leave. The man in orange takes Mr. Malaer's place in front of the kiosk.
**0:09:03** – One deputy and the man in orange leave.
**0:10:07** – Another person dressed in dark blue entered the room.
**0:10:28** – Another man in dark blue and a deputy walk into the room.
**0:14:37** – One of the deputies and the two men in dark blue leave the room.
**0:14:37** – Another deputy enters the room.
**0:14:55** – The two deputies and Mr. Malaer leave the room.

**Exhibit 65 (JC000074 –
SEPERATIONCELLSEASTVIEW_1_20190712T154719.000Z_0.mp4)**
**0:00:02** – Mr. Malaer enters the frame. There are three deputies and another adult in custody. They
    walk down the hallway.

**Exhibit 66 (JC000075 – MAIN ELEVATOR CAB-A_1_20190712T154738.000Z_0.mp4)**
**0:00:13** – A deputy pulls Mr. Malaer's wheelchair into the elevator.
**0:00:17** – Another deputy and another adult in custody enter the elevator.
**0:00:35** – The deputies are speaking.

**Exhibit 67 (JC000076 – BOOKING 360_1_20190712T15847.000Z_0.mp4)**
**0:00:07** – A deputy is pulling Mr. Malaer's wheelchair into the frame.
**0:00:29** – The put Mr. Malaer back in the cell that he was in before and a deputy writes on the
    clipboard by his door.
**0:01:02** – The deputy brings Mr. Malaer a roll of toilet paper and closes the door.

**Exhibit 68 (JC000077 – HOLDING 2_1_20190712T154910.000Z_0.mp4)**
**0:00:05** – A deputy pulls Mr. Malaer's wheelchair into the cell and then leaves.
**0:00:40** – A deputy tosses Mr. Malaer a roll of toilet paper and then closes the door.
**0:00:56** – A deputy walks past Mr. Malaer's door.
**0:01:20** – A deputy walks past Mr. Malaer's door.
**0:02:09** – Mr. Malaer has positioned his chair in front of the toilet and grabs the toilet paper. It is
    unclear what he is doing because the toilet area is redacted.
**0:02:37** – A deputy walks past Mr. Malaer's door.
**0:03:06** – A deputy walks past Mr. Malaer's door.
**0:03:40** – Mr. Malaer leans over and puts one of his hands on his knee.
**0:04:57** – Mr. Malaer transfers from the wheelchair to the bed.
**0:08:39** – Mr. Malaer sits up, leans forward, and holds on to one of his legs.
**0:17:58** – Mr. Malaer scoots to the edge of the bed and holds his penis in what looks like an attempt
    to urinate.
**0:18:55** – A deputy walks past Mr. Malaer's door.
**0:20:47** – A deputy walks past Mr. Malaer's door.
**0:21:09** – A deputy walks past Mr. Malaer's door.
**0:21:20** – A deputy walks past Mr. Malaer's door.
**0:26:06** – Mr. Malaer sits up, leans forward, and holds his legs. A deputy walks past his door.
**0:26:28** – Mr. Malaer scoots to the edge of the bed and grabs toilet paper. He wipes the down the
    wet area on the floor.
**0:27:27** – A deputy walks past Mr. Malaer's door.

**0:32:15** – Two women are seen outside Mr. Malaer's door.
**0:36:43** – Mr. Malaer sits on the edge of the bed and holds his penis to attempt to urinate.
**0:38:29** – A deputy walks past Mr. Malaer's door.
**0:38:41** – A deputy is seen outside Mr. Malaer's door.
**0:38:45** – Two people walk past Mr. Malaer's door.
**0:40:15** – Someone walks past Mr. Malaer's door.
**0:40:19** – Someone walks past Mr. Malaer's door.
**0:40:24** – A deputy is seen outside Mr. Malaer's door.
**0:40:54** – A deputy walks past Mr. Malaer's door.
**0:42:50** – A deputy walks past Mr. Malaer's door.
**0:43:29** – A deputy walks past Mr. Malaer's door.
**0:43:47** – Someone walks past Mr. Malaer's door.
**0:44:03** – Someone walks past Mr. Malaer's door.
**0:44:07** – A deputy walks past Mr. Malaer's door.
**0:45:05** – A deputy walks past Mr. Malaer's door.
**0:45:36** – A deputy walks past Mr. Malaer's door.
**0:46:24** – Mr. Malaer's leg is spasming.
**0:46:39** – A deputy walks past Mr. Malaer's door.
**0:47:13** – A deputy walks past Mr. Malaer's door.
**0:47:33** – Someone is seen outside Mr. Malaer's door.
**0:47:54** – A deputy walks past Mr. Malaer's door.
**0:50:36** – A deputy walks past Mr. Malaer's door.
**0:51:39** – Someone walks past Mr. Malaer's door.
**0:52:28** – A deputy walks past Mr. Malaer's door.
**0:52:53** – A deputy enters Mr. Malaer's room. Mr. Malaer and the deputy speak with each other.
**0:53:26** – Mr. Malaer transfers from the bed to the wheelchair.
**0:55:30** – The deputy pulls Mr. Malaer out of the cell. Mr. Malaer's feet drag on the ground.

**Exhibit 69 (JC000078 – BOOKING 360_1_20190712T154847.000Z_0.mp4)**
**0:00:11** – A deputy opens Mr. Malaer's door.
**0:00:50** – The deputy enters Mr. Malaer's cell and then exits to stand outside the cell.
**0:02:31** – The deputy enters Mr. Malaer's cell.
**0:02:52** – The deputy pulls Mr. Malaer in his wheelchair out of the cell. Mr. Malaer's feet drag on the ground.
**0:03:25** – The deputy pulls Mr. Malaer into another side room on the other side of the booking area. There is a large window in the room but it is hard to see what is going on.
**0:03:34** – The deputy leaves the room and shuts the door.
**0:04:02** – A deputy walks past the room.
**0:04:33** – A deputy walks past the room.
**0:04:54** – A deputy walks past the room.
**0:05:46** – A deputy walks past the room.
**0:06:43** – A deputy walks past the room.
**0:06:58** – A deputy walks past the room.
**0:07:00** – A deputy walks past the room.
**0:09:18** – Someone walks past the room.
**0:11:06** – Someone walks past the room.

PAGE 20 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**0:18:14** – A deputy walks past the room.
**0:19:06** – A deputy walks past the room.
**0:24:57** – A deputy walks past the room.
**0:25:19** – A deputy walks past the room.
**0:26:03** – A deputy walks past the room.
**0:26:58** – A deputy walks past the room.
**0:27:53** – A deputy walks past the room.
**0:31:19** – A deputy walks past the room.
**0:31:26** – A deputy walks past the room.
**0:35:43** – Someone opens the door to the room from the inside.
**0:36:13** – Someone pulls Mr. Malaer in his wheelchair out of the room. Mr. Malaer is naked besides the smock on his lap. Two women in striped clothing walk out of the room behind them. Mr. Malaer's legs are dragging on the ground.
**0:36:49** – The person pulls Mr. Malaer in his wheelchair back to the cell.
**0:37:11** – Two deputies stand outside of the cell looking in. They seem to be talking to the person and Mr. Malaer inside.
**0:37:17** – The person walks out of Mr. Malaer's cell.
**0:37:23** – The woman deputy goes inside Mr. Malaer's cell.
**0:37:40** – Someone puts a paper outside Mr. Malaer's cell.
**0:37:44** – Another deputy goes inside Mr. Malaer's cell.
**0:38:15** – The two deputies leave Mr. Malaer's cell and close the door.

**Exhibit 70 (JC000079 – HOLDING 2_1_20190712T171830.000Z_0.mp4)**
**0:00:06** – Someone pulls Mr. Malaer in his wheelchair back into the cell.
**0:00:12** – Two women in striped clothing and a deputy walk past Mr. Malaer's door.
**0:00:26** – Two deputies stand outside Mr. Malaer's cell looking in.
**0:00:43** – A deputy comes into the cell and talks with Mr. Malaer.
**0:01:02** – Another deputy comes into the cell.
**0:01:25** – Someone walks past Mr. Malaer's door.
**0:01:33** – The two deputies leave the cell.
**0:02:28** – A deputy is seen outside Mr. Malaer's door.
**0:02:32** – Mr. Malaer transfers from the wheelchair to the bed.
**0:03:00** – Someone walks past Mr. Malaer's door.
**0:03:45** – Someone walks past Mr. Malaer's door.
**0:07:16** – Mr. Malaer sits up, leans forwards, and holds his legs.
**0:07:40** – A deputy walks past Mr. Malaer's door.
**0:07:45** – A deputy walks past Mr. Malaer's door.
**0:07:52** – Two people walk past Mr. Malaer's door.
**0:07:58** – Someone walks past Mr. Malaer's door.
**0:09:53** – A deputy walks past Mr. Malaer's door.
**0:14:37** – A deputy walks past Mr. Malaer's door.
**0:17:24** – A deputy walks past Mr. Malaer's door.
**0:18:00** – Mr. Malaer's leg is spasming.
**0:19:08** – Mr. Malaer transfers from the bed to the wheelchair.
**0:19:22** – Mr. Malaer's feet get caught underneath the wheelchair as he tries to wheel himself to another part of the cell.

PAGE 21 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**0:20:09** – Mr. Malaer knocks on the window.

**0:21:48** – Mr. Malaer attempts to transfer from the wheelchair to the bed but the wheelchair moves and he lands on the ground. His legs are at unnatural angles. Mr. Malaer drags himself to the toilet area.

**0:22:19** – A deputy walks past Mr. Malaer's door.

**0:22:40** – Mr. Malaer wipes the floor down with toilet paper.

**0:23:42** – Mr. Malaer is in front of the toilet. It is unclear what he is doing because the toilet area is censored.

**0:24:07** – Mr. Malaer transfers from the floor to the bed.

**0:24:30** – Mr. Malaer's legs are spasming.

**0:25:44** – Mr. Malaer drinks from the cup.

**0:27:31** – A deputy walks past Mr. Malaer's door.

**0:30:32** – A deputy walks past Mr. Malaer's door.

**0:34:42** – Mr. Malaer sits on the side of the bed and holds his penis to urinate. He uses toilet paper to clean the mattress, the floor, and himself.

**0:35:35** – Mr. Malaer's leg is spasming.

**0:38:39** – Mr. Malaer's leg is spasming.

**0:39:47** – Mr. Malaer's leg is spasming.

**0:40:08** – A deputy walks past Mr. Malaer's door.

**0:40:17** – A deputy walks past Mr. Malaer's door.

**0:44:20** – Mr. Malaer's legs are spasming. A deputy walks past Mr. Malaer's door.

**0:49:57** – Someone is seen outside Mr. Malaer's door. Mr. Malaer transfers from the bed to the wheelchair.

**0:50:28** – Mr. Malaer knocks on the window.

**0:50:37** – Mr. Malaer knocks on the door.

**0:51:26** – Mr. Malaer's leg is spasming.

**0:51:38** – Someone is seen outside Mr. Malaer's door.

**0:52:13** – A deputy looks in Mr. Malaer's window and speaks with him.

**0:52:56** – Mr. Malaer is speaking more animatedly with the deputy.

**0:53:43** – Mr. Malaer transfers to his bed from the wheelchair.

**0:54:40** – Mr. Malaer's leg is spasming.

**0:54:50** – Someone walks past Mr. Malaer's door.

**0:55:25** – A deputy is seen outside Mr. Malaer's door. Mr. Malaer is holding his leg.

**0:57:33** – Mr. Malaer stretches his leg.

**0:59:32** – Three deputies walk past Mr. Malaer's door.

**1:01:42** – A deputy walks past Mr. Malaer's door.

**1:08:08** – A deputy opens the door and briefly speaks with Mr. Malaer.

**1:08:36** – A deputy walks past Mr. Malaer's door.

**1:09:55** – A deputy walks past Mr. Malaer's door.

**1:10:05** – A deputy walks past Mr. Malaer's door.

**1:10:28** – A deputy walks past Mr. Malaer's door.

**1:11:04** – A deputy walks past Mr. Malaer's door.

**1:11:11** – Mr. Malaer sits up and stretches his leg.

**1:11:40** – Mr. Malaer is touching his lower abdomen and he appears to be grimacing.

**1:11:48** – Mr. Malaer leans forward and stretches his leg.

**1:13:02** – Mr. Malaer leans forward and holds his leg.

**LeDuc Montgomery LLC**
2210 W Main St., Suite 107 #328
Battle Ground, Washington 98604
(503) 500-5695

**1:14:20** – A deputy walks past Mr. Malaer's door.
**1:17:22** – A deputy walks past Mr. Malaer's door.
**1:17:44** – Someone is seen outside Mr. Malaer's door.
**1:18:00** – A deputy walks past Mr. Malaer's door.
**1:18:36** – Two deputies walk past Mr. Malaer's door.
**1:21:15** – A deputy walks past Mr. Malaer's door.
**1:24:13** – Mr. Malaer sits up on the side of the bed and holds his penis to attempt to urinate.
**1:24:47** – Mr. Malaer's leg is spasming.
**1:25:34** – Mr. Malaer transfers from the bed to the wheelchair.
**1:26:01** – Mr. Malaer positions his wheelchair in front of the toilet. It is unclear what he is doing because it is redacted.
**1:26:17** – Mr. Malaer transfers from the wheelchair to the toilet.
**1:26:24** – A deputy is seen outside Mr. Malaer's door.
**1:27:27** – Someone walks past Mr. Malaer's door.
**1:29:02** – Mr. Malaer's leg is spasming.
**1:29:08** – Mr. Malaer transfers from the toilet to his wheelchair.
**1:29:47** – Mr. Malaer's leg is spasming.
**1:31:28** – Mr. Malaer transferred from the wheelchair to the bed.
**1:36:57** – Mr. Malaer's leg is spasming.
**1:37:55** – A deputy walks past Mr. Malaer's door.
**1:41:30** – A deputy walks past Mr. Malaer's door.
**1:43:26** – Mr. Malaer sits at the edge of the bed. It appears that he is urinating. He touches his lower abdomen and grimaces.
**1:44:20** – Mr. Malaer's leg is spasming.
**1:46:38** – Mr. Malaer's leg is spasming.
**1:48:57** – A deputy walks past Mr. Malaer's door.
**1:51:09** – Someone walks past Mr. Malaer's door.
**1:51:56** – Mr. Malaer sits up, leans forward, and holds his legs.
**1:53:13** – Someone walks past Mr. Malaer's door.
**2:03:55** – A deputy walks past Mr. Malaer's door.

**Exhibit 71 (JC000080 – HOLDING 2_1_20190712T171830.000Z_1.mp4)**
**0:01:05** – A deputy walks past Mr. Malaer's door.
**0:05:07** – A deputy walks past Mr. Malaer's door.
**0:05:28** – A deputy walks past Mr. Malaer's door. Mr. Malaer scoots to the edge of the bed and holds his penis to attempt to urinate.
**0:06:55** – Mr. Malaer wipes the ground and the bed with toilet paper.
**0:08:09** – Two people walk past Mr. Malaer's door.
**0:08:28** – A deputy walks past Mr. Malaer's door.
**0:08:56** – A deputy walks past Mr. Malaer's door.
**0:09:09** – A deputy looks in Mr. Malaer's window. They speak with each other.
**0:10:16** – The deputy leaves Mr. Malaer's door.
**0:10:37** – A deputy walks past Mr. Malaer's door.
**0:11:37** – A deputy walks past Mr. Malaer's door.
**0:11:55** – Mr. Malaer is coughing and puts his finger in his mouth.
**0:12:22** – A deputy walks past Mr. Malaer's door.

**0:14:26** – Someone walks past Mr. Malaer's door.
**0:16:04** – A deputy walks past Mr. Malaer's door.
**0:16:26** – A deputy is seen outside Mr. Malaer's door.
**0:18:32** – A deputy walks past Mr. Malaer's door.
**0:18:34** – Mr. Malaer is sitting on the edge of the bed. He appears to be in pain.
**0:19:54** – Mr. Malaer's leg is spasming.
**0:20:09** – Mr. Malaer's leg is spasming.
**0:20:55** – A deputy walks past Mr. Malaer's door.
**0:21:14** – Someone walks past Mr. Malaer's door.
**0:23:28** – Two people are seen outside Mr. Malaer's door.
**0:24:56** – Mr. Malaer sits up, leans forward, and holds his legs.
**0:25:23** – Someone walks past Mr. Malaer's door.
**0:27:56** – Mr. Malaer transfers from the bed to the wheelchair, then he washes his hands.
**0:28:15** – Mr. Malaer wheels himself to the door and looks out the window.
**0:31:52** – Someone walks past Mr. Malaer's door.
**0:32:05** – Mr. Malaer transfers from the wheelchair to the bed.
**0:35:14** – A deputy walks past Mr. Malaer's door.
**0:38:22** – Mr. Malaer stretches his legs.
**0:41:26** – Mr. Malaer sits up and pushes on his abdomen and grimaces.
**0:42:38** – Someone walks past Mr. Malaer's door.
**0:44:09** – Someone walks past Mr. Malaer's door.
**0:44:48** – Two people walk past Mr. Malaer's door.
**0:46:25** – A deputy walks past Mr. Malaer's door.
**0:47:39** – A deputy walks past Mr. Malaer's door.
**0:47:55** – A deputy walks past Mr. Malaer's door.
**0:48:16** – A deputy walks past Mr. Malaer's door.
**0:52:09** – A deputy walks past Mr. Malaer's door. Mr. Malaer sits up, leans forward, and holds his legs.
**0:52:50** – Mr. Malaer transfers from the bed to the wheelchair.
**0:53:59** – Mr. Malaer transfers from the wheelchair to the toilet.
**0:54:35** – A deputy walks past Mr. Malaer's door.
**0:54:45** – A deputy looks in Mr. Malaer's window. The deputy leave the frame but Mr. Malaer appears to be speaking to them.
**0:55:03** – The deputy opens the door to Mr. Malaer's cell and speaks with him. Mr. Malaer is on the toilet.
**0:56:58** – The deputy shuts the door and leaves.
**0:57:52** – Mr. Malaer transfers from the toilet to the wheelchair.
**0:58:42** – A deputy walks past Mr. Malaer's door.
**1:00:18** – Someone walks past Mr. Malaer's door.
**1:02:27** – A deputy walks into Mr. Malaer's cell. They have brought clothing and sandals. Mr. Malaer and the deputy talk.
**1:06:35** – A deputy walks past Mr. Malaer's cell.
**1:06:53** – Mr. Malaer transfers to from the wheelchair to the bench and begins dressing himself.
**1:08:57** – Mr. Malaer's leg is spasming.
**1:09:24** – A deputy walks past Mr. Malaer's cell.
**1:11:35** – Mr. Malaer's leg is spasming.

PAGE 24 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**1:12:34** – Someone walks past Mr. Malaer's door.
**1:15:04** – Mr. Malaer finishes dressing himself.
**1:15:34** – Mr. Malaer leans forward and holds his legs.
**1:16:05** – Two people walk past Mr. Malaer's door.
**1:16:21** – A deputy walks past Mr. Malaer's door.
**1:16:27** – A deputy walks past Mr. Malaer's door.
**1:17:32** – A deputy walks past Mr. Malaer's door.
**1:17:46** – Mr. Malaer transfers from the bed to the wheelchair.
**1:18:29** – A deputy walks past Mr. Malaer's door.
**1:19:26** – Mr. Malaer transfers from the wheelchair to the bed.
**1:19:38** – Mr. Malaer's leg is spasming.
**1:20:53** – Two people walk past Mr. Malaer's door.
**1:21:11** – A deputy walks past Mr. Malaer's door.
**1:23:01** – Someone walks past Mr. Malaer's door.
**1:24:56** – A deputy walks past Mr. Malaer's door.
**1:25:39** – A deputy walks past Mr. Malaer's door.
**1:29:15** – A deputy walks past Mr. Malaer's door.
**1:30:20** – Someone is seen outside Mr. Malaer's door.
**1:36:30** – A deputy walks past Mr. Malaer's door.
**1:42:29** – A deputy walks past Mr. Malaer's door.
**1:47:18** – A deputy walks past Mr. Malaer's door.
**1:54:06** – Mr. Malaer sits on the edge of the bed looking down at his crotch. It's unclear what he is
   doing.
**1:54:32** – Mr. Malaer transfers from the bed to his wheelchair.
**1:55:14** – A deputy walks past Mr. Malaer's door.
**1:56:40** – Mr. Malaer transfers from the wheelchair to the toilet.
**1:57:50** – Two people walk past Mr. Malaer's door.
**1:58:23** – A deputy walks past Mr. Malaer's door.
**2:00:52** – A deputy walks past Mr. Malaer's door.
**2:01:16** – A deputy walks past Mr. Malaer's door.
**2:02:50** – A deputy walks past Mr. Malaer's door.
**2:06:05** – Mr. Malaer transfers from the wheelchair to the bench.
**2:06:16** – Mr. Malaer's leg is spasming.
**2:08:30** – A deputy walks past Mr. Malaer's door.

**Exhibit 72 (JC000081 – HOLDING 2_1_20190712T171830.000Z_2.mp4)**
**0:01:17** – Mr. Malaer leans over and holds his leg.
**0:02:20** – A deputy walks past Mr. Malaer's door.
**0:03:32** – A deputy walks past Mr. Malaer's door. Mr. Malaer is leaned forward and holding his leg.
**0:04:12** – A deputy walks past Mr. Malaer's door.
**0:04:26** – A deputy with a clipboard looks in Mr. Malaer's window.
**0:05:08** – A woman deputy walks into Mr. Malaer's cell.
**0:05:33** – The deputy holds the wheelchair as Mr. Malaer transfers from the bed to the wheelchair.
**0:06:09** – The deputy pulls Mr. Malaer in his wheelchair out of the cell. Mr. Malaer's feet drag on
   the ground.

**Exhibit 73 (JC000082 -.mp4) [no description in title]**

This video is taken in the holding area at the jail. It is above a desk. Mr. Malaer is not in the frame at the beginning of the video.

**0:01:13** – Mr. Malaer is wheeled out of a holding cell by a woman deputy.

**0:01:20** – Mr. Malaer's foot is dragging on the ground as the deputy pulls his wheelchair backwards.

**0:01:31** – The deputy wheels Mr. Malaer into a different room with a blue door and is out of frame.

**0:01:41** – The deputy is seen in the video. She is in the room with Mr. Malaer and appears to be talking to him.

**0:02:07** – A male deputy enters the frame and stands outside the room talking to Mr. Malaer and the deputy.

**0:02:35** – The deputies leave Mr. Malaer's room and close the door. The deputy walks into Mr. Malaer's other room.

**0:03:12** – The deputy goes into the first room Mr. Malaer was in and grabs the smock and cup and talks them somewhere out of the frame.

**0:04:18** – The deputy puts a clipboard on Mr. Malaer's cell door. It appears to have a white paper on it.

**0:06:04** – The deputy opens the door to Mr. Malaer's cell and enters it. She pulls Mr. Malaer's wheelchair out of the cell. His feet are dragging on the ground. Mr. Malaer is clothed.

**0:06:48** – Mr. Malaer and the deputy are at the bottom of the screen and it appears that the deputy is giving Mr. Malaer something.

**0:07:47** – The deputy hands Mr. Malaer what appears to be a paper that he signed and handed back to her.

**0:09:53** – The deputy takes off Mr. Malaer's shirt. He might have another shirt on underneath.

**0:11:19** – Mr. Malaer wheels himself to another part of the frame and is talking with the deputy.

**0:16:08** – The deputy appears to be looking at Mr. Malaer's arm.

**0:17:58** – The deputy wheels Mr. Malaer back into the cell with the blue door. Mr. Malaer's feet drag on the ground.

**Exhibit 74 (JC000083 – VISIT 2_1_20190712T220127.000Z_0.mp4) (Video)**
**Exhibit 56 (JC000084 – VISIT 2 MIC_audio1_20190712T220127.000Z_0.mp4) (Audio)**

**0:00:08** – The deputy pulls Mr. Malaer into a cell. This cell is smaller than the last one and does not have wide enough benches to sleep.

**0:00:54** – Someone's feet are seen outside Mr. Malaer's window.

**0:01:01** – A deputy places what looks like a clipboard outside Mr. Malaer's door.

**0:03:31** – Someone's feet are seen outside Mr. Malaer's window.

**0:09:41** – Someone walks past Mr. Malaer's door.

**0:10:09** – Someone walks past Mr. Malaer's door.

**0:10:12** – Someone walks past Mr. Malaer's door.

**0:10:18** – Someone walks past Mr. Malaer's door.

**0:13:38** – Someone walks past Mr. Malaer's door.

**0:18:29** – The woman deputy walks up to Mr. Malaer's door and says something that is hard to understand but sounds like "what you're hearing about the whole battery thing is not going on." Mr. Malaer responds "oh ok, alright. They should have told you."

**0:18:41** – The deputy enters Mr. Malaer's cell. Mr. Malaer says "Because it was out – the motors, there's two of them with yellow handles – they're both down, flip them up, and then it will work perfect.

**LeDuc Montgomery LLC**
2210 W Main St., Suite 107 #328
Battle Ground, Washington 98604
(503) 500-5695

**0:18:50** – The deputy responds "Flip them up?" Mr. Malaer responds "yeah." The deputy responds "yeah flip them up." Mr. Malaer responds "right, it's little yellow." The deputy says "yeah, I see it."

**0:19:03** – Mr. Malaer says "If they're up, flip them down, if they're down, flip them up." The deputy says "It's been charging all day and the battery's not charging. It's [inaudible] empty on it."

**0:19:09** – The deputy says "the little light is on." Mr. Malaer responds "oh." The deputy continues "It's been charging. It's been plugged in. [inaudible]" Mr. Malaer responds "I thought you – oh it – none of that matters, it seems like they didn't charge it right. But once you flip that up, see that controller will show an arrow signal so none of that's going to work right.

**0:19:31** – The deputy says "everything works on that wheelchair?" Mr. Malaer responds "yeah and it's showing and it's flashing? It's showing that there's an error and by the way it's flashing, it's telling you that it's the motors because they had to roll it, it was having issues and they flipped the motors down so they could free roll it."

**0:19:49** – Mr. Malaer says "If you switch it back up, pull it and it'll come up to normal and maybe if it hasn't been charged we'll just have to cross that bridge when we get to it. You have to – it won't work if." The deputy interrupts Mr. Malaer and says "I understand" and then asks him if he wants water and says "I'll come back on that."

**0:20:10** – The deputy leaves the cell and shuts the door.

**0:20:18** – Two people walk past Mr. Malaer's door.

**0:26:37** – Someone walks past Mr. Malaer's door.

**0:27:08** – Two people walk past Mr. Malaer's door.

**0:30:55** – A deputy walks past Mr. Malaer's door.

**0:32:15** – Mr. Malaer has his hand touching his back side. It appears he feels something.

**0:32:20** – Mr. Malaer is grunting and rolls over to the sink and washes his hands and grabs toilet paper to wipe his bottom.

**0:33:30** – Mr. Malaer is grunting again and positions the wheelchair so that it is in front of the toilet.

**0:33:50** – It sounds like Mr. Malaer is urinating, but the toilet is censored.

**0:34:10** – Mr. Malaer attempts to transfer from the wheelchair to the toilet. He falls to the ground and says "ahhh." The wheelchair appears wet.

**0:34:22** – Someone walks past Mr. Malaer's door.

**0:34:24** – Someone walks past Mr. Malaer's door.

**0:34:46** – Mr. Malaer takes his pants off while he is sitting on the floor.

**0:34:49** – Mr. Malaer attempts to transfer from the ground to the toilet but is unsuccessful.

**0:35:39** – Mr. Malaer successfully transfers from the ground to the toilet again.

**0:35:56** – Someone walks past Mr. Malaer's door.

**0:36:48** – Mr. Malaer puts his pants back on and transfers from the toilet to the wheelchair.

**0:37:07** – A deputy walks past Mr. Malaer's door.

**0:39:17** – Someone walks past Mr. Malaer's door.

**0:39:30** – Someone walks past Mr. Malaer's door.

**0:46:02** – Two people walk past Mr. Malaer's door.

**0:46:55** – The woman deputy walks in. She says something inaudible. Then she says "now it's finally charging. [inaudible] We'll let it charge one more and then we'll get you out of here, ok?" Mr. Malaer says "and now I have to go to uh-" The deputy responds "I know [inaudible] it's hard." Mr. Malaer asks "what do you mean?" The woman deputy responds "I put the power on [inaudible] the joysticks and I turn it backwards."

PAGE 27 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**0:47:19** – Mr. Malaer responds "well it won't do that while it's plugged in. Ok here's what you have to look for." The deputy interrupts "it shows it's empty and I [inaudible]." Mr. Malaer responds "ok but you have to pull – once you're done – pull that out because it will not go when it's plugged in." The deputy responds "ok." Mr. Malaer says "the joystick won't work so pull that out and then – once you pull the charger out from there it will stay connected to." The deputy responds affirmatively.

**0:47:46** – Mr. Malaer says "once you pull that out, the bar should go up two or three or whatever." The deputy says "now it's not so empty on it. The green light, yellow, it's still empty. It's not full charge." Mr. Malaer asks "where's the battery pack?" The deputy says "the one that's flashing, the black box has the adapter – the adapter. You know, it plugs into the thing and then the black box goes into the adapter."

**0:48:09** – Mr. Malaer asks "is it green?" The deputy responds "yeah." Mr. Malaer asks "it's green?" The deputy responds "the big black box." Mr. Malaer responds "yeah." The deputy responds "the little light is not green yet, it's yellow." Mr. Malaer responds "it's yellow. Ok." The deputy responds "so it's charging." Mr. Malaer responds "so here's the next – don't go down there yet, give it some time, next time you go down there pull – pull that out. Pull that thing from the controller and see how many bars it has. That will tell you how much charge it is." The deputy responds "ok."

**0:48:32** – Mr. Malaer responds "it won't tell you that much." The deputy responds "well I'm going to wait." Mr. Malaer responds "yeah, give it a half hour." The deputy responds "and then we'll come here, ok?"

**0:48:39** – Mr. Malaer asks "hey can I get some water?" The deputy grabs a cup from outside the cell and leaves. There is some talking outside of the room and Mr. Malaer says "yeah, I got it right here."

**0:48:51** – The deputy hands Mr. Malaer a cup of water.

**0:48:53** – The deputy closes the door to the cell.

**0:49:30** – Mr. Malaer says "oh fuck" as he lays his head on the sink.

**0:49:33** – Someone walks past Mr. Malaer's cell.

**0:53:00** – Mr. Malaer empties the cup and puts it underneath his penis to collect urine.

**0:54:20** – Mr. Malaer empties the cup in the sink and puts it underneath his penis.

**0:54:30** – Two people walk past Mr. Malaer's door.

**0:57:46** – Mr. Malaer put the cup on the sink.

**1:00:09** – Someone walks past Mr. Malaer's cell.

**1:00:20** – Mr. Malaer is talking to himself. He says "I don't want to be here no more. I'm done. I don't want to be here no more. [Maybe says "my life's] a joke."

**1:01:26** – A deputy walks past Mr. Malaer's door.

**1:02:35** – A deputy walks past Mr. Malaer's door.

**1:02:41** – Three people walk past Mr. Malaer's door.

**1:05:18** – Someone walks past Mr. Malaer's door.

**1:05:36** – Two deputies walk past Mr. Malaer's door.

**1:06:17** – A deputy walks past Mr. Malaer's door. Mr. Malaer is rolling himself around in the wheelchair, but his legs get caught on the ground.

**1:06:41** – A deputy walks past Mr. Malaer's door.

**1:07:19** – Someone walks past Mr. Malaer's door.

**1:10:37** – A deputy comes to Mr. Malaer's door.

**1:10:55** – The deputy leaves.

PAGE 28 – **TIMELINE OF JACKSON COUNTY JAIL VIDEO AND AUDIO FILES**

**1:11:16** – A deputy looks inside Mr. Malaer's window. The deputy leaves shortly after.

**1:12:36** – A deputy comes to Mr. Malaer's door and leaves.

**1:13:05** – A deputy walks past Mr. Malaer's door.

**1:13:26** – Mr. Malaer's legs get caught in the wheels of the wheelchair.

**1:13:32** – A deputy and another person walk past Mr. Malaer's door.

**1:13:38** – A deputy stands with his back facing Mr. Malaer's door.

**1:14:35** – Someone walks past Mr. Malaer's door.

**1:17:24** – Two people walk past Mr. Malaer's door.

**1:21:31** – Two people walk past Mr. Malaer's door.

**1:21:39** – A deputy walks past Mr. Malaer's door.

**1:28:40** – Mr. Malaer rinses the cup.

**1:36:34** – The woman deputy and another deputy come to Mr. Malaer's door. They have Mr. Malaer's wheelchair.

**1:36:58** – Mr. Malaer explains he broke part of the manual wheelchair when he fell out of it and points to the piece of wheelchair on the bench. They have Mr. Malaer come out of the cell. Mr. Malaer's power wheelchair is working.

**1:37:27** – Mr. Malaer explains that he can't lift himself from the manual chair to his power chair and asks the deputies to lift him. They grab his arms and pick him up and help him transfer from the manual wheelchair to Mr. Malaer's power wheelchair.

**1:37:54** – Mr. Malaer asks "do you have my catheter because I need to pee? It was on the back of this." It is not there and the deputies say "it's probably in property."

**Exhibit 75 (JC000085 – DEPUTY STATION_1_20190712T233759.000Z_0.mp4)**

Two deputies bring Mr. Malaer out of a cell and move him from a manual wheelchair to his power chair. He is clothed in what appears to be jail issued clothing.