AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of**    OREGON, MEDFORD DIVISION

| | |
|---|---|
| John Malaer<br>          Plaintiff(s),<br>V.<br>City of Medford and Jackson County et al.<br>          Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:20-cv-00049-CL |

Notice is hereby given that, subject to approval by the court, __City Defendants__ substitutes
                                                                                                      (Party(s) Name)

__Emily Perkins__, State Bar No. __222553__ as counsel of record in
(Name of New Attorney)

place of __Alicia M. Wilson__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:           Hutchinson Cox LLC
    Address:              940 Willamette Street, Suite 400, Eugene OR 97440
    Telephone:          (541) 686-9160          Facsimile  (541) 343-8693
    E-Mail (Optional):   acoit@eugenelaw.com

I consent to the above substitution.
Date:   1/12/24
                                                      _Eric B Mitton_
                                                      City Attorney - client representative
                                                                       (Signature of Party(s))

I consent to being substituted.
Date:   1/12/24
                                                            _Alicia Wilson_
                                                                  (Signature of Former Attorney(s))

I consent to the above substitution.
Date:   1/12/24
                                                            _Emily M. Perkins_
                                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                    _____
                                                                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

◆AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of**    OREGON, MEDFORD DIVISION

John Malaer
         Plaintiff (s),

V.

City of Medford and Jackson County et al.
         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:20-cv-00049-CL

Notice is hereby given that, subject to approval by the court, __City Defendants__ substitutes
                                                                             (Party (s) Name)

__Andrea D. Coit__, State Bar No. __002640__ as counsel of record in
(Name of New Attorney)

place of __Alicia M. Wilson__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:      Hutchinson Cox LLC
     Address:      940 Willamette Street, Suite 400, Eugene OR 97440
     Telephone:      (541) 686-9160      Facsimile (541) 343-8693
     E-Mail (Optional):      acoit@eugenelaw.com

I consent to the above substitution.
Date: 1/12/24

*Eric B Mitton*
*City Attorney - client representative*
(Signature of Party (s))

I consent to being substituted.
Date: 1/12/24

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/12/24

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____         _____
                                                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]